

FILED
JUL 1 3 2020
Clerk, U S District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### BILLINGS DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF USPS EXPRESS PARCEL TO KAYLA EDWARDS 344 JACKSON ST BILLINGS, MT 59101 FROM BRESARNAE EDWARDS 9513 CLOVIS LOS ANGELES, CA, TRACKING # EJ014201991US | MJ 20- 69 -BLG-TJC<br><br>ORDER |

Based on motion of the United States and good cause appearing,

IT IS HEREBY ORDERED that this case and all pleadings in it, including the Application and Affidavit for Search Warrant and Search Warrants filed herein, are SEALED.

IT IS FURTHER ORDERED that this case is unsealed for the sole purpose of complying with execution of the Search Warrant, pursuant to Fed. R. Crim. P. Rule 41(f) and for the limited purposes of providing copies of documents in discovery, upon initial appearance on an Indictment by any defendant related to this search warrant and service/receipt of request for discovery by defense counsel.

\\

\\

\\

pursuant to Fed. R. Crim. P. 16.

DATED this 13 day of July, 2020.

TIMOTHY J. CAVAN
United States Magistrate Judge

pursuant to Fed. R. Crim. P. 16.

DATED this 13 day of July, 2020.

TIMOTHY J. CAVAN
United States Magistrate Judge